JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ELGUERA | CV 19-1432 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CHAD F. WOLF, ACTING SECRETARY, UNITED STATES DEPT. OF HOMELAND SECURITY, | |
| Defendant. | |

Pursuant to the Court's May 4, 2020 Minute Order granting the Motion for Summary Judgment filed by defendant Chad F. Wolf, Acting Secretary, United States Department of Homeland Security ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Alex Elguera ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in his favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have his costs of suit.

DATED: May 4, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE